■ In the Matter of JAYSON BULMAHN, Appellant, v NEW YORK STATE OFFICE OF MEDICAID INSPECTOR GENERAL et al., Respondents. [42 NYS3d 899]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Timothy J. Drury, J.), entered June 26, 2015 in a proceeding pursuant to CPLR article 78. The judgment denied the amended petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.